UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAY L. ALEXANDER, No. 53321-069,

    Petitioner,

v.

STACI M. YANDLE, U.S. MARSHALS SERVICE, and JEFF BOULARD,

    Respondents.

Case No. 21-cv-903-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Ray L. Alexander's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

**DATED: August 27, 2021**           **MARGARET M. ROBERTIE, Clerk of Court**

                                                      **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**